UNITED STATES DISTRICT COURT

Northern District of California

NORTHWEST ADMINISTRATORS,

                Plaintiff(s),                   No. C 09-01121 MEJ

   v.

EVENT PRODUCTION,                               **ORDER VACATING CMC**

                Defendant(s).                   **ORDER FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT**
_____/

This matter is currently scheduled for a case management conference on June 8, 2009. However, on May 7, 2009, the Clerk of Court entered default against Defendant Event Production. Accordingly, the Court hereby VACATES the June 8 cmc. Plaintiff shall file a motion for default judgment by July 2, 2009.

**IT IS SO ORDERED.**

Dated: June 8, 2009

                                                               _____
                                                                Maria-Elena James
                                                                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**