```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 09 1121 MEJ |
| | ) | |
| Plaintiff, | ) | JUDGMENT PURSUANT TO STIPULATION |
| vs. | ) | |
| EVENT PRODUCTIONS INC., etc., | ) | |
| Defendant. | ) | |

It appearing that Plaintiff NORTHWEST ADMINISTRATORS, INC., the administrators of the Western Conference of Teamster Pension Trust Fund, through their attorneys and defendant, EVENT PRODUCTIONS INC., a California corporation, have stipulated that Plaintiff have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $3,602.95,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, NORTHWEST ADMINISTRATORS, INC., have and recover judgment against EVENT PRODUCTIONS INC., a California corporation, in the amount of $3,602.95, which amount is composed of the following:

<u>JUDGMENT PURSUANT TO STIPULATION</u>                                          1

a. Contributions due and unpaid to the Western Conference of Teamsters Pension Trust Fund for the month of November 2008 on Account Number 313594 (Local 85 account) in the total amount of $2,250.85;

b. Liquidated damages for the months of October 2008, November 2008 and February 2009 on Account Number 313594 in the total amount of $845.41;

c. Interest due pursuant to contract in the amount of $81.69; and

d. Costs of suit incurred in this matter in the amount of $425.00.   The Clerk of Court shall close the file.

Dated: August 5, 2009

_____
Magistrate Judge Maria-Elena James