```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 09 1121 MEJ |
| | ) | |
| Plaintiffs, | ) | ORDER OF EXAMINATION |
| vs. | ) | |
| EVENT PRODUCTIONS, INC., a a California corporation | ) | |
| Defendant. | ) | |

To: Denis Egan, Judgment Debtor
    Event Productions Inc.
    651 West Tower Avenue
    Alameda, CA 94501

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>October 2̶1̶9, 2009</u> at <u>9 a.m.</u> at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Courtroom B, 15th Floor,</u> before the Magistrate Judge Maria-Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings. (Hearing scheduled for October 19, 2009 at 9:00 a.m.)

<u>ORDER OF EXAMINATION</u>                          1

1     You are ordered to bring with you the following documents:

2     1. Title documents to all equipment and vehicles of debtor;

3     2. All lists and schedules of rented, leased and owned
4 equipment of debtor;

5     3. All bank statements, deposit slips and canceled checks
6 for all accounts for 2009;

7     4. Copies of all purchase orders, change orders accepted
8 bids, and contracts which relate in any way to work performed by
9 debtor during the period from June 1, 2009 to date as well as all
10 documents related to work to be done in the future;

11     5. All accounts receivable lists generated by the Company
12 for 2009;

13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

ORDER OF EXAMINATION     2

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: September 17, 2009

_____
Magistrate Judge Maria-Elena James

*IT IS SO ORDERED — Judge Maria-Elena James, United States District Court, Northern District of California*

ORDER OF EXAMINATION                      3